LOCAL BANKRUTPCY RULE NO. 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Marisa J. Potter | Bankruptcy No. 08-24356-MBM<br><br>Chapter 7 |
| Debtor(s) | |

## CERTIFICATION REGARDING PAYMENT ADVICES

I, (We) **Bryan P. Keenan** certify under the penalty of perjury that on July 8, 2008 I served the payment advices required by Local Rule 1007-04 on the trustee, assigned to the above-referenced case. The following documents were served:

X All payment advices or other evidence of payment received within 60 days before date of filing of the petition by the debtor from any employer of the debtor.

☐ A verified statement that explains why the payment advices are not available and enumerates all income and its sources for the 60-day period prior to the date the bankruptcy petition was filed.

☐ Other (describe):_____

Dated: **July 8, 2008**　　　　　　　　　/s/Bryan P. Keenan
　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan, PA ID # 89053
　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor
　　　　　　　　　　　　　　　　　　　　993 Greentree Road, Suite 101
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15220
　　　　　　　　　　　　　　　　　　　　(412)-922-5116

Thelma Alejandra Romano Kranyak
5031 Stags Leap Lane
Moon Township, PA 15108
(412) 489-5022
EIN: 26-1360420

Marisa J. Potter
646 Grandview Avenue, #202
Pittsburgh, PA 15202
(412) 848-2256
SSN: 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

For Pay Period Ending: 5/23/2008
Check Number: Cash
Check Date: 5/23/2008
Rate: 11.50

| | | | |
|---|---|---|---|
| Current Actual Earnings | 920.00 | Y-T-D Taxable Earnings | 10028.00 |
| Current Taxable Earnings | 920.00 | Y-T-D Hours | 872.00 |
| Current Hours | 80.00 | Y-T-D OT Hours | 0.00 |
| Current OT Hours | 0.00 | | |

| | Current Deductions | Y-T-D Deductions |
|---|---|---|
| Social Security Tax | -57.04 | -621.74 |
| Medicare Tax | -13.34 | -145.41 |
| Federal Income Tax | -118.35 | -1288.05 |
| State Income Tax | -28.24 | -307.82 |
| Local 1 | 0.00 | 0.00 |
| Local 2 | 0.00 | 0.00 |
| UnEmploy. Tax | 0.00 | 0.00 |
| EIC Payments | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total Current Deductions | -216.97 | Total Y-T-D Deductions | -2363.02 |
| Current Net Pay | 703.03 | Y-T-D Net Pay | 7664.98 |

Note:

Thelma Alejandra Romano Kranyak
5031 Stags Leap Lane
Moon Township, PA 15108
(412) 489-5022
EIN: 26-1360420

Marisa J. Potter
646 Grandview Avenue, #202
Pittsburgh, PA 15202
(412) 848-2256
SSN: 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

For Pay Period Ending: 5/9/2008
Check Number: Cash
Check Date: 5/9/2008
Rate: 11.50

| | | | |
|---|---|---|---|
| Current Actual Earnings | 920.00 | Y-T-D Taxable Earnings | 9108.00 |
| Current Taxable Earnings | 920.00 | Y-T-D Hours | 792.00 |
| Current Hours | 80.00 | Y-T-D OT Hours | 0.00 |
| Current OT Hours | 0.00 | | |

| | Current Deductions | Y-T-D Deductions |
|---|---|---|
| Social Security Tax | -57.04 | -564.70 |
| Medicare Tax | -13.34 | -132.07 |
| Federal Income Tax | -118.35 | -1169.70 |
| State Income Tax | -28.24 | -279.58 |
| Local 1 | 0.00 | 0.00 |
| Local 2 | 0.00 | 0.00 |
| UnEmploy. Tax | 0.00 | 0.00 |
| EIC Payments | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total Current Deductions | -216.97 | Total Y-T-D Deductions | -2146.05 |
| Current Net Pay | 703.03 | Y-T-D Net Pay | 6961.95 |

Note:

© Copyright 1997-2007 Essentia Software Corp. All Rights Reserved.

Thelma Alejandra Romano Kranyak
5031 Stags Leap Lane
Moon Township, PA 15108
(412) 489-5022
EIN: 26-1360420

Marisa J. Potter
646 Grandview Avenue, #202
Pittsburgh, PA 15202
(412) 848-2256
SSN: 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

For Pay Period Ending: 4/25/2008
Check Number: Cash
Check Date: 4/25/2008
Rate: 11.50

| Current Actual Earnings | 920.00 | Y-T-D Taxable Earnings | 8188.00 |
|---|---|---|---|
| Current Taxable Earnings | 920.00 | Y-T-D Hours | 712.00 |
| Current Hours | 80.00 | Y-T-D OT Hours | 0.00 |
| Current OT Hours | 0.00 | | |

| | Current Deductions | Y-T-D Deductions |
|---|---|---|
| Social Security Tax | -57.04 | -507.66 |
| Medicare Tax | -13.34 | -118.73 |
| Federal Income Tax | -118.35 | -1051.35 |
| State Income Tax | -28.24 | -251.34 |
| Local 1 | 0.00 | 0.00 |
| Local 2 | 0.00 | 0.00 |
| UnEmploy. Tax | 0.00 | 0.00 |
| EIC Payments | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |

| Total Current Deductions | -216.97 | Total Y-T-D Deductions | -1929.08 |
|---|---|---|---|
| Current Net Pay | 703.03 | Y-T-D Net Pay | 6258.92 |

Note:

© Copyright 1997-2007 Essentia Software Corp. All Rights Reserved.

Thelma Alejandra Romano Kranyak
5031 Stags Leap Lane
Moon Township, PA 15108
(412) 489-5022
EIN: 26-1360420

Marisa J. Potter
646 Grandview Avenue, #202
Pittsburgh, PA 15202
(412) 848-2256
SSN: 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

For Pay Period Ending: 4/11/2008
Check Number: Cash
Check Date: 4/11/2008
Rate: 11.50

| | | | |
|---|---|---|---|
| Current Actual Earnings | 920.00 | Y-T-D Taxable Earnings | 7268.00 |
| Current Taxable Earnings | 920.00 | Y-T-D Hours | 632.00 |
| Current Hours | 80.00 | Y-T-D OT Hours | 0.00 |
| Current OT Hours | 0.00 | | |

| | Current Deductions | Y-T-D Deductions |
|---|---|---|
| Social Security Tax | -57.04 | -450.62 |
| Medicare Tax | -13.34 | -105.39 |
| Federal Income Tax | -118.35 | -933.00 |
| State Income Tax | -28.24 | -223.10 |
| Local 1 | 0.00 | 0.00 |
| Local 2 | 0.00 | 0.00 |
| UnEmploy. Tax | 0.00 | 0.00 |
| EIC Payments | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total Current Deductions | -216.97 | Total Y-T-D Deductions | -1712.11 |
| Current Net Pay | 703.03 | Y-T-D Net Pay | 5555.89 |

Note:

© Copyright 1997-2007 Essentia Software Corp. All Rights Reserved.

Thelma Alejandra Romano Kranyak
5031 Stags Leap Lane
Moon Township, PA 15108
(412) 489-5022
EIN: 26-1360420

Marisa J. Potter
646 Grandview Avenue, #202
Pittsburgh, PA 15202
(412) 848-2256
SSN: 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

For Pay Period Ending: 3/28/2008
Check Number: Cash
Check Date: 3/28/2008
Rate: 11.50

| | | | |
|---|---|---|---|
| Current Actual Earnings | 920.00 | Y-T-D Taxable Earnings | 6348.00 |
| Current Taxable Earnings | 920.00 | Y-T-D Hours | 552.00 |
| Current Hours | 80.00 | Y-T-D OT Hours | 0.00 |
| Current OT Hours | 0.00 | | |

| | Current Deductions | Y-T-D Deductions |
|---|---|---|
| Social Security Tax | -57.04 | -393.58 |
| Medicare Tax | -13.34 | -92.05 |
| Federal Income Tax | -118.35 | -814.65 |
| State Income Tax | -28.24 | -194.86 |
| Local 1 | 0.00 | 0.00 |
| Local 2 | 0.00 | 0.00 |
| UnEmploy. Tax | 0.00 | 0.00 |
| EIC Payments | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total Current Deductions | -216.97 | Total Y-T-D Deductions | -1495.14 |
| Current Net Pay | 703.03 | Y-T-D Net Pay | 4852.86 |

Note:

© Copyright 1997-2007 Essentia Software Corp. All Rights Reserved.